UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HUSSEIN ABDALLAH,

    Defendant,

and

ZAHRAA ABOU-KHODR,

    Petitioner.

_____/

Case No: 23-mc-51538

Honorable Nancy G. Edmunds

Related to: 19-cr-20821

**ORDER REQUIRING JOINT STATEMENT OF RESOLVED AND UNRESOLVED ISSUES REGARDING FORFEITURE OF PROPERTY**

    This miscellaneous action was commenced on October 23, 2023 upon the filing of Petitioner Zahraa Abou-Khodr's Petition to Adjudicate Interest in Assets. Petitioner asserts that she has an interest superior to any interest of the government in certain real and personal property that is the subject of the Stipulated Preliminary Order of Forfeiture in criminal case number 19-cr-20821. The Court has not received a response from the Government.

    Thus, **IT IS HEREBY ORDERED** that by February 20, 2024, the parties shall file a joint statement of resolved and unresolved issues concerning the forfeiture of the specific property identified by Petitioner.

    SO ORDERED.

                                                          s/ Nancy G. Edmunds
                                                          Nancy G. Edmunds
                                                          United States District Judge

Dated: January 23, 2024

2

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 23, 2024, by electronic and/or ordinary mail.

                    s/ Lisa Bartlett
                    Case Manager